# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
### FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
### CARLOS CHARDON AVE.
### HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  TEL. (787) 772-3011
CLERK  FAX (787) 772-3210

November 1, 2016

Clerk of Court
Centro Judicial de Mayaguez
Court of First Instance
Mayaguez Part
P O Box 1210
Mayaguez, Puerto Rico 00681-1210

Re: **Your Civil Case ISC1201500515**
**DLJ Mortgage Capital, Inc. vs.**
**Juan Galindo Martinez, et als**
**Our Civil Case No. 16-1917(ADC)**

Dear Sirs:

In accordance with Judgment entered by the Chief, U.S. District Judge Aida M. Delgado-Colon in the above entitled case, we include the following documents:

1. Certified copy of Order and Judgment remanding this case to the Court of First Instance.

2. Certified copy of docket sheet.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court


By: S/Olga Vega
Data Quality Analyst

Encls.